IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00127-KES-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| RIGOBERTO BENAVIDES, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on June 6, 2024, and docket, be unsealed and become public record.

DATED: 6/11/2024

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE