**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones #105811

Attorneys for: Defendant Rigoberto Benavides

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO BENAVIDES<br><br>Defendant. | Case No. 1:24-CR-00127-KES-BAM<br><br>**STIPULATION TO MODIFY PRETRIAL RELEASE CONDITIONS;**<br>**DECLARATION OF PETER M. JONES;**<br>**AND ORDER THEREON** |

Defendant RIGOBERTO BENAVIDES, by and through counsel, Peter M. Jones, and Plaintiff UNITED STATES OF AMERICA, by and through counsel, Stephanie Stokman, hereby stipulate as follows:

That the conditions of Pretrial Release regarding Defendants' requirement to enter into and complete WESTCARE 90 day in-patient program, be modified to entry into and completion of the WESTCARE 180 day out-patient program, all other conditions of release, not in conflict shall remain in full force and effect.

///

///

///

///

# DECLARATION OF PETER M. JONES

I, Peter M. Jones, declare as follows:

1. I am an attorney admitted to practice before this court, and am counsel of record for Rigoberto Benavides, Defendant in the above-entitled action.

2. Mr. Benavides contacted me and asked if the conditions requiring him to enroll in and complete the 90 day WESTCARE in-patient program might be modified to allow his attendance of WESTCARE's 180 day out-patient program in Fresno. The reason for this request is due to his recently undergoing surgery to his right hand. His hand is currently in a hard cast which has significantly reduced the use of his hand and created a need for follow-up treatment.

3. Mr. Benavides currently resides in Woodlake with his sister _____ and is being supervised by pre-trial release in the Eastern Districts of California.

4. I have contacted Pretrial Release Officer, Anthony Perez, and informed him of Mr. Benavides' request. Officer Perez was aware of Mr. Benavides' surgery and indicated his office had no objection to the modification.

5. I have contacted WESTCARE and spoken with Mr. Benevides current counselor, Timothy Maldonado. Mr. Maldonado confirmed that WESTCARE has a 180 day out-patient program at their Belmont location, and Mr. Benavides would be eligible to attned

5. I have contacted AUSA Stephanie Stokman, and she has agreed to stipulate to the modification Mr. Benavides has requested.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed in Fresno, California, on November 4, 2024.

*/s/ Peter M. Jones*
Peter M. Jones

///
///
///
///
///

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: NOVEMBER 4, 2024 | | WANGER JONES HELSLEY PC |
| | | By: */s/ Peter M. Jones* |
| | |     Peter M. Jones, Attorney for Defendant |
| | |     Rigoberto Benavides |
| DATED: NOVEMBER 4, 2024 | | PHILLIP A. TALBERT, U.S. Attorney |
| | | UNITED STATES ATTORNEY'S OFFICE |
| | | By: /s/ *Stephanie Stokman* |
| | |     Stephanie Stokman |
| | |     Assistant U.S. Attorney |

## **ORDER**

Having reviewed the above Stipulation and Good Cause Appearing, it is hereby ordered that the condition of Pretrial Release regarding Defendant Rigoberto Benavides, be modified as follows: The conditions that Rigoberto Benavides enroll in and complete the 90-day WESTCARE in-patient drug program be changed to enrolling and completing the WESTCARE 180-day out-patient drug program. All other conditions of release, not in conflict, shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 6, 2024**          /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE