**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones #105811

Attorneys for:   Defendant, Rigoberto Benavides

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RIGOBERTO BENAVIDES,<br><br>    Defendant. | Case No. 1:24-CR-00127-KES-BAM<br><br>**STIPULATION TO VACATE DEFENDANT'S MOTION TO SUPPRESS; ORDER**<br><br>Date:   February 10, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Kirk E. Sherriff |

This case is scheduled for a hearing on Defendant's <u>Motion to Suppress Evidence</u> on Monday, February 10, 2025, before this Court. A resolution, however, has been reached between the Defendant and the Government, and a Plea agreement has been executed. Mr. Benavides would therefore move this court to Vacate his Motion to Suppress Hearing. The Government is in agreement with this request and both sides hereby enter into the Stipulation set forth below.

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, accordingly, stipulate as follows:

By previous order this matter was set on February 10, 2025, for a hearing on defendant's Motion to Suppress Evidence. The parties have reached a resolution of the charges pending against the defendant and a Plea Agreement has been signed and submitted. Both parties request and hereby

stipulate that the Hearing on the Motion to Suppress be vacated. Once the Plea Agreement has been filed a hearing date for a Change of Plea will be promptly requested.

**IT IS SO STIPULATED.**

Dated: February 7, 2025                         WANGER JONES HELSLEY PC

                                                By: */s/ Peter M. Jones*
                                                     Peter M. Jones
                                                     Attorney for Defendant Rigoberto Benavides

Dated: February 7, 2025                         MICHELLE BECKWITH
                                                Acting United States Attorney

                                                By: */s/ Pedro Naveiras*
                                                     Pedro Naveira
                                                     Assistant United States Attorney

## **ORDER**

Defendant Rigoberto Benavides' Motion to Suppress Hearing set for Monday, February 10, 2025, is hereby vacated. A change of plea hearing is set in this matter for Monday, February 10, 2025, at 9:30 a.m. in Courtroom 6.

IT IS SO ORDERED.

   Dated:   February 7, 2025                    _____
                                                UNITED STATES DISTRICT JUDGE