**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones #105811

Attorneys for:   Defendant Rigoberto Benavides

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RIGOBERTO BENAVIDES<br><br>    Defendant. | Case No. 1:24-CR-00127-KES-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER THEROF** |

**IT IS HEREBY STIPULATED** by and between Michelle Beckwith, United States Attorney and Stephanie Stokman, Assistant U.S. Attorney and Peter Jones, attorney for Defendant Rigoberto Benavides, that the sentencing hearing set for May 12, 2025, at 9:30 a.m. be vacated and instead a sentencing hearing be set for May 27, 2025, at 9:30 a.m.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulates as follows:

1.   By previous order, the matter was set for sentencing hearing on May 12, 2025.

2.   Due to circumstances related to present work conflicts, Assistant U.S. Attorney Stephanie Stokman and attorney for Defendant Peter M. Jones have met and conferred, and with the Defendant's consent, the parties now stipulate to the resetting of sentencing to May 27, 2025 at 9:30 a.m.

3. Probation has been notified and has no objection to resetting the sentencing hearing to the new date.

DATED: May 7, 2025

Respectfully submitted,

MICHELLE BECKWITH
United States Attorney

By: */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney

DATED: May 7, 2025

*/s/ Peter M. Jones*
PETER M. JONES
Attorney for Rigoberto Benavides

## ORDER

**IT IS SO ORDERED**, that the Sentencing Hearing set for May 12, 2025, will be vacated and sentencing will be set for **May 27, 2025 at 9:30 a.m. before the District Judge Kirk E. Sherriff.**

IT IS SO ORDERED.

Dated: May 8, 2025

_____
UNITED STATES DISTRICT JUDGE