1  MICHELE BECKWITH
   Acting United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | 1:24-CR-00127-KES-BAM
12 |                      Plaintiff,    |
   |                                    | FINAL ORDER OF FORFEITURE
13 |             v.                     |
14 | RIGOBERTO BENAVIDES,               |
15 |                      Defendant.    |

16

17      On or about April 1, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the

18 provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into

19 between plaintiff and defendant Rigoberto Benavides forfeiting to the United States the following

20 property:

21          a.   Smith and Wesson, Model 59, 9mm pistol, serial number A465323,
            b.   Standard Arms, unknown model, .40 caliber pistol,
22          c.   Davis Industries, DM-22, .22 magnum, handgun, serial number 241138, and
            d.   All ammunition seized in this case.
23

24      Beginning on May 3, 2025, for at least 30 consecutive days, the United States published notice of

25 the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.

26 Said published notice advised all third parties of their right to petition the Court within sixty (60) days

27 from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

28 interest in the forfeited property.

                                                     1

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), including all right, title, and interest of Rigoberto Benavides.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   July 11, 2025

_____
UNITED STATES DISTRICT JUDGE