1  PETER M. JONES, SBN 105811
2  Wanger Jones Helsley PC
   265 E. River Park Circle, Suite 310
3  Fresno, California  93720
   Telephone: (559) 233-4800
4  Email: pjones@wjhattorneys.com

5  Attorney for:     Defendant, Rigoberto Benavides

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24CR00127-001-KES-BAM |
|---|---|
| Plaintiff, | **MOTION TO TERMINATE CJA APPOINTMENT OF PETER M. JONES AS ATTORNEY OF RECORD; ORDER** |
| v. | |
| RIGOBERTO BENAVIDES, | |
| Defendant. | |

On June 6, 2024, Defendant, Rigoberto Benavides, was indicted on federal charges. CJA Panel Attorney Peter M. Jones was appointed as trial counsel to represent Mr. Benavides on June 12, 2024, in his criminal case. Mr. Benavides was sentenced pursuant to a plea agreement on May 27, 2025. The time for filing a direct appeal was June 12, 2025. No direct appeal was filed. Mr. Benavides was in custody at sentencing. The trial phase of Mr. Benavides' criminal case has, therefore, come to an end. Having completed his representation of Mr. Benavides, CJA attorney, Peter M. Jones now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Benavides require further legal assistance, he has been advise to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 300,

///

///

Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Respectfully submitted,

Dated: July 29, 2025

WANGER JONES HELSLEY PC

By: */s/ Peter M. Jones*
Peter M. Jones, Attorney for
Defendant, Rigoberto Benavides

## ORDER

Having reviewed the Notice and found that attorney, Peter M. Jones, has completed the services for which he was appointed, the Court hereby grants attorney, Peter M. Jones' request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this Order on Defendant, Benavides at the following address and to update the docket to reflect Defendant's pro se status and contact information: Rigoberto Benavides, 19836-511, Mendota FCI, 33500 W. California Ave., Mendota, CA 93640.

IT IS SO ORDERED.

Dated:   July 29, 2025

UNITED STATES DISTRICT JUDGE